# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

cerrington@faillacelaw.com

October 28, 2020

**VIA ECF**  
Honorable Lorna G. Schofield.  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
40 Foley Square  
New York, NY 10007

        Re:    <u>Maldonado et al v. Taverna Kyclades 1st Ave et al</u>; 20-cv-06850-LGS

Your Honor,

    This firm represents the Plaintiffs in the above-referenced matter and writes with regard to the Initial Conference scheduled for November 5, 2020. Plaintiffs respectfully request an adjournment of the Initial Conference until a date after December 13, 2020. The reason for this request is that the Plaintiffs are still in the process of serving Defendants. The date requested represents twenty-one days after Plaintiffs' time to serve pursuant to Fed. R. Civ. P. 4(m), giving Defendants time to answer. This is the first request of its kind.

    We thank the Court for its time and attention to this matter.

                      Respectfully submitted,

                      /s/Clela Errington  
                      Clela A. Errington, Esq.  
                      MICHAEL FAILLACE & ASSOCIATES, P.C.  
                      Attorneys for the Plaintiffs

The application is GRANTED in part.  The conference scheduled for November 5, 2020, at 11:00 a.m., is **adjourned** to **December 3, 2020, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.

Dated:  October 29, 2020  
       New York, New York

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*