UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARNULFO MALDONADO et al., on behalf of
themselves and all others similarly situated,
                              Plaintiffs,        20 Civ. 6850 (LGS)

                 -against-                     ORDER

TAVERNA KYCLADES 1ST AVE et al.,

                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Complaint in this matter was filed on August 25, 2020 (Dkt. No. 1).

      WHEREAS, the Order, dated October 29, 2020 (Dkt. No. 10), adjourned the initial pre-trial conference in this matter to December 3, 2020, at 11:00 a.m., so that Plaintiffs could effect service on Defendants.

      WHEREAS, pursuant to the Individual Rules and the September 24, 2020, scheduling order (Dkt. No. 8), the parties were required to file a joint letter and proposed case management plan seven days prior to the December 3, 2020, initial pre-trial conference.

      WHEREAS, Plaintiffs have not served Defendants within the 90 days required by Federal Rule of Civil Procedure 4(m), and the parties failed to file the joint letter or proposed case management plan.  It is hereby

      **ORDERED** that by **December 1, 2020**, Plaintiffs shall serve the Complaint on Defendants and file proof of service.  Failure to effect service may result in dismissal of this case pursuant to Federal Rule of Civil Procedure 4(m).  It is further

      **ORDERED** that, if Plaintiffs are in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **December 1, 2020**.  If Defendants refuse to cooperate in the preparation of these documents,

Plaintiffs shall prepare and file them.  If Plaintiffs are not in communication with Defendants, as soon as possible and no later than **December 1, 2020**, Plaintiffs shall file a letter (i) summarizing their efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

    Plaintiffs are reminded that failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated:  November 30, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**