Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


519306

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT
OF NEW YORK

ARNULFO MALDONADO, ET AL
Plaintiff

TAVERNA KYCLADES, INC. D/B/A TAVERNA KYCLADES, ET AL.
Defendant

Index / case #: 1:20-CV-06850-LGS

**AFFIDAVIT OF SERVICE**

_Richmond_ County, State of: _New York_ _Donald Del Prete_ _NY_ being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: _NY_

On _12/4/20_ at _10:30_ am/pm at: 3307 DITMARS BOULEVARD ASTORIA NY 11105

Deponent served the within: SUMMONS & FIRST AMENDED COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: THEMIOS PAPADOPOULOS C/O TAVERNA KYCLADES
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[X] **Suitable Age person** — By delivering thereat a true copy of each to: _Hector "Joe" Mgr_
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence
[X] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence
[ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[X] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [X] Actual Place of Business
at _3307 Ditmars Blvd, Astoria, NY_
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male   [X] White skin      [ ] Black hair   [ ] 14-20 Yrs   [ ] Under 5'      [ ] Under 100 Lbs
[ ] Female [ ] Black skin      [X] Brown hair   [X] 21-35 Yrs   [ ] 5'0"-5'3"    [ ] 100-130 Lbs
           [ ] Yellow skin     [ ] Gray hair    [ ] 36-50 Yrs   [ ] 5'4"-5'8"    [ ] 131-160 Lbs
           [ ] Brown skin      [ ] Blonde hair  [ ] 51-65 Yrs   [X] 5'9"-6'0"    [X] 161-200 Lbs
           [ ] Red skin        [ ] Red hair     [ ] Over 65 Yrs [ ] Over 6'      [ ] Over 200 Lbs
Other Identifying Features _Mgr stated he knew plaintiff; they worked in city location._

[X] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _12/4/20_

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 20__

(Print name below signature)
_Donald Del Prete_

File No. 1:20-CV-06850-LGS

Work Order No. 519306

Borowide Legal, Inc.
98 Beach Street, #1
Staten Island, NY 10304


FIRST-CLASS
US POSTAGE $000.80
DEC 04 2020
02 1P
0001204163

Themios Papadopoulos
c/o Taverna Kyclades
3307 Ditmars Blvd
Astoria, NY 11105

Personal & Confidential

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Maldonado, et al. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-06850 |
| Taverna Kyclades 1st Ave, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Themios Papadopoulos
c/o Taverna Kyclades
228 1st Ave
New York, NY 10009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   08/26/2020          /s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*