UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ARNULFO MALDONADO et al., on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

TAVERNA KYCLADES 1ST AVE et al.,

                Defendants.
------------------------------------------------------------X

20 Civ. 6850 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs certified service of the Complaint on Defendants on January 4 and 5, 2021 (Dkt. Nos. 20, 21).

WHEREAS, the initial pre-trial conference in this case is scheduled for January 7, 2021.

WHEREAS, Defendants have not timely responded to the Complaint or participated with Plaintiffs in the preparation of materials for the initial pre-trial conference (Dkt. No. 22). It is hereby

**ORDERED** that the initial conference scheduled for January 7, 2021, at 10:50 a.m., is **cancelled**. By **February 3, 2021**, Plaintiffs shall file a Proposed Order to Show Cause for Default Judgment and supporting papers per the Individual Rules. It is further

**ORDERED** that by **January 8, 2021**, Plaintiffs shall serve a copy of this Order on Defendants and file proof of service.

Dated: January 6, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE