UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARNULFO MALDONADO, SANTIAGO
HERRERA, JORGE LEYVA CABRERA, and
DOMINGO JUAREZ, *individually and on behalf of
others similarly situated,*

                             *Plaintiff,*

-against-

TAVERNA KYCLADES, INC. (D/B/A TAVERNA
KYCLADES) and THEMIOS PAPADOPOULOS,

                             *Defendants.*
-----------------------------------------------------------X

Case: 20-cv-06850

**CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 25, 2020 with the filing of a summons and complaint (Dkt. 1); A first amended complaint was filed on December 1, 2020 (Dkt. 12) and Defendant Themios Papadopoulos, was served on December 4, 2020 by personally serving Hector Doe, manager, a person of suitable age and discretion pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on January 4, 2021. (Dkt. No. 20).

I further certify that the docket entries indicate that Defendant Themios Papadopoulos has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant, Themios Papadopoulos, is hereby noted.

Dated: New York, New York

   February 4   , 2021

                            **RUBY J. KRAJICK**
                            Clerk of the Court

                            By: _____K. Mango_____
                                 Deputy Clerk