UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ARNULFO MALDONADO, SANTIAGO HERRERA, JORGE LEYVA CABRERA, and DOMINGO JUAREZ, *individually and on behalf of others similarly situated,*

*Plaintiff*,

-against-

TAVERNA KYCLADES, INC. (D/B/A TAVERNA KYCLADES) and THEMIOS PAPADOPOULOS,
*Defendants.*

------------------------------------------------------------X

Case: 20-cv-06850

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 25, 2020 with the filing of a summons and complaint (Dkt. 1); A first amended complaint was filed on December 1, 2020 and Defendant Taverna Kyclades Inc. (d/b/a Taverna Kyclades). was served on December 8, 2020 by personally serving Nancy Dougherty, an authorized agent in the office of the Secretary of State of New York pursuant to N.Y. C.P.L.R § 311(a)(1) and N.Y. B.C.L. §306(b)(1); and proof of such service on the said Defendant was filed on January 5, 2021. (Dkt. No. 21).

I further certify that the docket entries indicate that Defendant Taverna Kyclades Inc. (d/b/a Taverna Kyclades) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant, Taverna Kyclades Inc. (d/b/a Taverna Kycades) is hereby noted.

Dated: New York, New York

February 4, 2021

**RUBY J. KRAJICK**
Clerk of the Court

By: _____*K. Mango*_____
Deputy Clerk