UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ARNULFO MALDONADO, SANTIAGO, HERRERA, JORGE LEYVA CABRERA, and DOMINGO JUAREZ, *individually and on behalf of others similarly situated*,

                  *Plaintiffs*,

     -against-

TAVERNA KYCLADES, INC. (D/B/A) TAVERNA KYCLADES, and THEMIOS PAPADOPOULOS,

                  *Defendants*.
---------------------------------------------------------X

Index No. 20-cv-6850

**ORDER TO SHOW CAUSE**

Upon the declaration of Clela A. Errington, Esq. dated March 4, 2021 and attached exhibits, it is ORDERED:

That Defendants TAVERNA KYCLADES, INC. and THEMIOS PAPADOPOULOS, shall appear to show cause ~~before a motion term of this Court at Courtroom ____ of the United States Courthouse at 40 Foley Square, in the City, County and State of New York~~ on the following conference call line: 888-363-4749, access code 558-3333, on 4/1/21, 2021, at 11:00 a.m. ~~o'clock in the ____ noon thereof~~, or as soon thereafter as counsel may be heard, why judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against such Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before March 10, 2021 ~~____ o'clock in the ____ noon on ____, 2021~~, by their authorized registered agents, or their attorneys who agree to accept service on their behalf, or by U.S. mail at Defendants' last known business address, which shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before 3/29/21 ~~xxx o'clock in the ____ noon on ____, 2021, and it is further~~

- 2 -

~~ORDERED that any reply papers by Plaintiffs be filed with this Court on or before ___ o'clock in the _____ noon on _____, 2021, and it is further~~

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiffs shall file proof of service of this Order to Show Cause by _____3/10/21_____, 2021.

Dated:  March 5, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**