UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ARNULFO MALDONADO et al., on behalf of :
themselves and all others similarly situated, :
                              Plaintiffs, :   20 Civ. 6850 (LGS)
:
         -against- :   ORDER
:
TAVERNA KYCLADES 1ST AVE et al., :
:
                             Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated March 5, 2021, terminated counsel for Plaintiff Herrera and directed him to retain new counsel or appear pro se by March 31, 2021, or have the case dismissed as to him for failure to prosecute (Dkt. No. 44).

    WHEREAS, no counsel has entered an appearance for Mr. Herrera and Mr. Herrera has not appeared pro se.  It is hereby

    **ORDERED** that Plaintiff Herrera's claims against Defendants are **dismissed** without prejudice.  It is further

    **ORDERED** that by April 13, 2021, counsel for the remaining Plaintiffs shall serve a copy of this Order on Mr. Herrera and file proof of service.

Dated: April 1, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE