USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARNULFO MALDONADO, et al.,

                        Plaintiffs,                  20-CV-6850 (PAE) (KHP)

     -against-                                    **ORDER**

TAVERNA KYCLADES 1ST AVE, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This case has been referred to me following a hearing at which Defendants were ordered to show cause as to why default judgment should not be entered against them. (ECF No. 29.) Plaintiffs have already filed materials, and served them on Defendants, in support of the entry of default judgment and the damages, fees, and costs Plaintiffs seek to recover. (ECF No. 42.)

       By no later than **April 13, 2021**, Plaintiffs shall serve a copy of the Order of Reference to a Magistrate Judge and this Order via a method intended to ensure delivery to Defendant (including service at Defendant's principal place of business). Plaintiffs shall file an affidavit of service for these items with the Court.

       Defendants shall have until **June 7, 2021** to object or otherwise respond to the entry of default judgment and Plaintiffs' application for damages, fees, and costs. Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiffs' counsel.

A telephonic inquest hearing will take place on **Monday, June 21, 2021 at 11:30 a.m.** The parties are directed to join the Chambers' conference line at the scheduled time with counsel for all parties on the line: **dial 866-434-5269; enter access code 4858267**. Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:   New York, New York
         April 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge