UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X-----

ARNULFO MALDONADO, SANTIAGO HERRERA,
JORGE LEYVA CABRERA, and DOMINGO JUAREZ,
*individually and on behalf of others similarly situated,*

                         *Plaintiff,*

   -against-

TAVERNA KYCLADES 1ST AVE
(D/B/A TAVERNA KYCLADES)
and THEMIOS PAPADOPOULOS ,

                     *Defendants.*

-----------------------------------------------------------X

**AFF IDAVIT OF
SERVICE**

**Case No. <u>1:20-cv-06850-LGS-KHP</u>**

STATE OF NEW YORK    )
                        ) SS.:
COUNTY OF NEW YORK   )

      FIDEL LOZANO, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On April 7, 2021, I mailed copies of Judge Lorna G. Schofield (Dkt. No. 50), via First Class Mail through the United States Postal Service to:

SANTIAGO HERRERA
209 3rd Ave Apt E3
NEW YORK, NEW YORK 10003

_____
                                 Fidel Lozano

      Sworn to before me on this
      7th of April 2021

_____
          Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 2025