UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X-----

ARNULFO MALDONADO, SANTIAGO HERRERA,
JORGE LEYVA CABRERA, and DOMINGO JUAREZ,
*individually and on behalf of others similarly situated,*

           *Plaintiff,*

-against-

TAVERNA KYCLADES 1ST AVE
(D/B/A TAVERNA KYCLADES)
and THEMIOS PAPADOPOULOS ,

           *Defendants.*
-----------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. <u>1:20-cv-06850-LGS-KHP</u>

| STATE OF NEW YORK | ) |
|---|---|
| | ) SS.: |
| COUNTY OF NEW YORK | ) |

      FIDEL LOZANO, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On April 7, 2021, I mailed copies of Judge Lorna G. Schofield (Dkt. No. 49 & 51), via First Class Mail through the United States Postal Service to:

Themios Papadopoulos
c/o Taverna Kyclades
3307 Ditmars Blvd.
Astoria NY 11105-2105

Tavernas Kyclades Inc.
3307 Ditmars Blvd.
Astoria NY 11105-2105

      _____
      Fidel Lozano

Sworn to before me on this
7th of April 2021

_____
Notary Public

MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 2023