UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ARNULFO MALDONADO et al., on behalf of themselves and all others similarly situated,

                                   Plaintiffs,              20 Civ. 6850 (LGS)

-against-                        ORDER

TAVERNA KYCLADES 1ST AVE et al.,

                                   Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated July 17, 2021, directed Plaintiffs to serve a copy of Judge Parker's Report and Recommendation Following Damages Inquest ("R&R") to Defendants and file proof of service by July 30, 2021 (Dkt. No. 54).

WHEREAS, Plaintiffs have not filed proof of service. It is hereby

**ORDERED** that by **August 13, 2021**, Plaintiffs shall serve a copy of the R&R on Defendants and file proof of service. Any objections to the R&R, and any response by Plaintiffs, shall be filed pursuant to the schedule set forth in the R&R.

Dated: August 9, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**