# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ARNULFO MALDONADO et al., on behalf of
themselves and all others similarly situated,

       Plaintiffs,      20 **CIVIL** 6850 (LGS)

    -against-        **DEFAULT JUDGMENT**

THEMIOS PAPADOPOULOS and
TAVERNA KYCLADES, INC. (D/B/A
TAVERNA KYCLADES),

       Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2021, that the Report is **adopted in part** and **adopted as modified in part** as follows:

- Plaintiff Maldonado's award for overtime compensation is recalculated due to computational error for the time period between September 1, 2014 and December 31, 2014. The modified total for that period is $2,451, and Maldonado's total overtime compensation is modified to $46,146.50.

- Plaintiff Juarez is not entitled to an award for unlawfully deducted wages over the period from March 16, 2020, to May 15, 2020, during which he was not employed by Defendants. The amount of unlawfully deducted wages for the periods between May 1, 2016 and March 15, 2020, and May 16, 2020 and August 12, 2020, is modified to $4,721.20.

- Plaintiff Maldonado's award for spread of hours pay is recalculated using the appropriate New York minimum wage rates set out on page 7, note 2 of the Report. The modified total is $6,507.20.

- Plaintiff Juarez's pre-judgment interest is modified to $5,314.68.

It is further

ORDERED that the following portions of the Report are modified based on the revised calculations described above:

- The total unpaid wages (comprising unpaid overtime, minimum wage, improper deductions and spread of hours) are $59,024.90 for Maldonado, and $22,714.70 for Juarez.

- The amount of pre-judgment interest owed to Maldonado for spread-of-hours pay is $2,347.20.

It is further

ORDERED that Plaintiff Juarez is awarded $60,744.08, plus $4.44 per day in pre-judgment interest from July 16, 2021, until the date of the judgment in the amount of $372.16; Plaintiff Maldonado is awarded $147,091.46, plus $12.98 per day in pre-judgment interest from July 16, 2021, until the date of the judgment in the amount of $1,090.32; and Plaintiff Cabrera is awarded $70,711.24, plus $4.92 per day in pre-judgment interest from July 16, 2021, until the date of the Judgment in the amount of $413.28. The Plaintiffs are awarded post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action, using the federal rate set forth in 28 U.S.C. § 1961. The Plaintiffs jointly are awarded attorneys' fees and costs in the amounts of $6,590 and $905.60; accordingly, this case is closed.

Dated:  New York, New York
        October 8, 2021

                                            RUBY J. KRAJICK
                                            _____
                                            Clerk of Court
                                    BY:     _David J. Thomas_
                                            Deputy Clerk